<div style="float:left">**United States District Court**<br>For the Northern District of California</div>

1
2
3
4
5      IN THE UNITED STATES DISTRICT COURT
6      FOR THE NORTHERN DISTRICT OF CALIFORNIA
7
8  POYMATHIC PROPERTIES, INC.,                    No.  CV 12-02507 EDL
9          Plaintiff,                             **ORDER**
10     v.
11 DON G. MARAMAG,
12         Defendant.
                                            /
13
14 GOOD CAUSE APPEARING THEREFOR,
15     IT IS ORDERED that this case is reassigned to the **Honorable Susan Illston** in the
16 **San Francisco division** for all further proceedings. Counsel are instructed that all future filings shall
17 bear the **initials SI** immediately after the case number. All hearing dates presently scheduled are
18 vacated and motions should be renoticed for hearing before the judge to whom the case has been
19 reassigned. Briefing schedules remain unchanged. *See* Civil L.R. 7-7(d). Matters for which a
20 magistrate judge has already issued a report and recommendation shall not be rebriefed or noticed
21 for hearing before the newly assigned judge; such matters shall proceed in accordance with Fed. R.
22 Civ. P. 72(b).
23
24                                              FOR THE EXECUTIVE COMMITTEE:
25
26 Dated:  June 5, 2012
                                                Richard W. Wieking
27 rev 4-12                                     Clerk of Court
28