IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

POLYMATHIC PROPERTIES, INC.,

    Plaintiff,

  v.

DON G. MARAMAG, *et al.*,

    Defendants.
                               /

No. C 12-2507 SI

**ORDER REMANDING CASE TO NAPA COUNTY SUPERIOR COURT**

On May 16, 2012, *pro se* defendants Don G. Maramag and Bernardina Maramag removed this unlawful detainer action from state court. In an order filed June 22, 2012, the Court ordered defendants to show cause by July 3, 2012, why this case should not be remanded to state court for lack of jurisdiction. Defendants have not filed a response to the Order to Show Cause.

The Court has reviewed the complaint and the docket in this case, and concludes that this Court lacks jurisdiction. Accordingly, the Court REMANDS this case to Napa County Superior Court. Plaintiff's motion to remand is denied as MOOT. Docket No. 12.

**IT IS SO ORDERED.**

Dated: July 9, 2012

SUSAN ILLSTON
United States District Judge